**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James M Mitchell, | No. CIV 07-0934-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Silvia A. Mitchell, | |
| Defendant. | |

Pending before the Court is Defendant Silvia A. Mitchell's Motion for Extension of Time to Respond to the Complaint (Doc. 6). Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion for Extension of Time to Respond to the Complaint (Doc. 6).

**IT IS FURTHER ORDERED** that Defendant shall file her response to Plaintiff James M. Mitchell's Complaint no later than June 11, 2007.

DATED this 1st day of June, 2007.

Stephen M. McNamee
United States District Judge