**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James M. Mitchell, | ) | No. CIV 07-934-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| Silvia A. Mitchell, | ) | |
| Defendant. | ) | |

Having considered the request of Defendant to allow Ms. Silvia A. Mitchell to appear telephonically at the Rule 16 Preliminary Pretrial Conference on January 28, 2008, at 10:00 a.m. before this Court, and for good cause shown,

**IT IS HEREBY ORDERED** that Ms. Silvia A. Mitchell may appear telephonically at the January 28, 2008 Rule 16 Conference. Ms. Silvia A. Mitchell shall call the Court on a clear telephone line at **3:55 p.m. Mountain Standard Time at 602-322-7555.**

DATED this 18th day of December, 2007.

Stephen M. McNamee
United States District Judge